■ NYCTL 1996-1 et al., Plaintiffs, v HARVAL DEVELOPMENT CORPORATION, Respondent, and BLAKE L. REALTY (FIRST SERVICES GROUP, INC., as Assignee), Appellant, et al., Defendants. [796 NYS2d 914]—Order, Supreme Court, New York County (Richard F. Braun, J.), entered May 24, 2004, which, in a surplus money

proceeding, inter alia, denied the cross motion by the assignee of the second mortgagee to pay it the surplus, unanimously affirmed, without costs.

Defendant Blake's claim was untimely (CPLR 213 [4]; *Greenpoint Sav. Bank v Kijik*, 297 AD2d 359 [2002]; *see also Island Holding v O'Brien*, 6 AD3d 498 [2004], *lv denied* 4 NY3d 701 [2004]). Its attempt to distinguish *Kijik* is not supported by the record. The failure to notice the foreclosure plaintiffs, as required under RPAPL 1361, was more than a mere irregularity. Concur—Mazzarelli, J.P., Friedman, Sullivan, Williams and Gonzalez, JJ.